UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MURDISE MOORE,

                Plaintiff,

-against-

MEGAN J. BRENNAN,

                Defendant.
------------------------------------------------------------X

18 Civ. 9967 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated February 18, 2020, set the initial conference for April 16, 2020, at 10:30 A.M, and ordered that pre-conference materials are due on April 9, 2020. ECF 17;

WHEREAS, the parties did not timely file pre-conference materials. It is hereby

**ORDERED** that the parties shall file the pre-conference materials as soon as possible, and no later than **April 14, 2020, at 12:00 P.M**.

Dated: April 10, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE