UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MURDISE MOORE,<br><br>                           Plaintiff<br><br>- against -<br><br>MEGAN J. BRENNAN,<br><br>                           Defendant. | 18 Civ. 9967<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the initial conference was set for April 16, 2020, and pre-conference materials were due on April 9, 2020. ECF 17;

WHEREAS, the parties failed to timely file pre-conference materials, and the Court directed the parties to file the materials by April 14, 2020, at 12:00 P.M. ECF 18;

WHEREAS, the parties failed to file the pre-conference materials by April 14, 2020, at 12:00 P.M. It is hereby

**ORDERED** that the initial conference set for April 16, 2020, at 10:30 A.M. is adjourned to **April 30, 2020, at 10:30 A.M**. Pre-conference materials are due on **April 23, 2020**.

The parties are reminded to comply with Court Orders.

Dated: April 14, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE