UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MURDISE MOORE,<br><br>                              Plaintiff<br><br>         - against -<br><br>MEGAN J. BRENNAN,<br><br>                              Defendant. | 18 Civ. 9967<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the initial conference is set for May 28, 2020, and pre-conference materials are due on May 21, 2020.  ECF 20;

WHEREAS, on April 29, 2020, Plaintiff sent a letter to Chambers requesting that the deadline to complete service on the postmaster general be adjourned, that Plaintiff be granted leave to file an amended proof of service as to the U.S. Attorney and that the Clerk of Court be directed to issue a new summons.  It is hereby

**ORDERED** that the deadline for Plaintiff to complete service on the postmaster general is adjourned to May 20, 2020, and the deadline for Plaintiff to file an amended proof of service as to the U.S. Attorney is adjourned to May 20, 2020.  It is further

**ORDERED** that the initial conference set for May 28, 2020, at 10:30 A.M. is adjourned to June 18, 2020, at 10:30 A.M.

The Clerk of Court is respectfully directed to issue a new summons in this action.

Dated: May 7, 2020
     New York, New York

                                                            _____
                                                            LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE