UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MURDISE MOORE,

                              Plaintiff

                - against -

MEGAN J. BRENNAN,

                              Defendant.

18 Civ. 9967

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on May 7, 2020, the deadline for pro se Plaintiff to complete service on the postmaster general was adjourned to May 20, 2020, and the initial conference was adjourned to June 18, 2020.  ECF 21;

WHEREAS, on May 18, 2020, pro se Plaintiff sent a letter to the Court requesting a sixty-day adjournment of the deadline to complete service.  It is hereby

**ORDERED** that the deadline to complete service on the postmaster general is adjourned to **July 22, 2020.**  The deadline for pro se Plaintiff to file an amended proof of service as to the U.S. Attorney is adjourned to July 22, 2020.  It is further

**ORDERED** that the initial conference set for June 18, 2020, at 10:30 A.M. is adjourned to **August 20, 2020, at 10:30 A.M.**  Pre-conference materials are due on August 13, 2020.

Dated: May 26, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE