UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MURDISE MOORE, :
                     Plaintiff, :
: 18 Civ. 9967 (LGS)
          -against- :
: <u>ORDER</u>
MEGAN J. BRENNAN, :
                  Defendant, :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 26, 2020, the initial pretrial conference was adjourned to August 20, 2020, at 10:30 A.M. (Dkt. No. 22);

      WHEREAS, on July 13, 2020, pro se Plaintiff requested an extension to complete service on Defendant Megan J. Brennan, Postmaster General and to file an amended proof of service as to the U.S. Attorney, and Plaintiff's deadline was extended to September 11, 2020, (Dkt. No. 23);

      WHEREAS, the Court ordered that a new summons be issued in this action (Dkt. No. 21), and the docket does not reflect that a new summons issued.  It is hereby

      **ORDERED** that Plaintiff shall complete service on the Postmaster General and file an amended proof of service as to the U.S. Attorney on or before **October 1, 2020**.  It is further

      **ORDERED** that the initial pretrial conference set for August 20, 2020, at 10:30 A.M. is adjourned to **October 15, 2020, at 10:30 A.M**.  The parties are reminded that their pre-conference materials are due by **October 8, 2020**.

      The Clerk of Court is respectfully directed to issue a new summons as to Defendant Megan J. Brennan, Postmaster General and to mail a copy of this order to pro se Plaintiff.

Dated: August 14, 2020
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                **UNITED STATES DISTRICT JUDGE**