UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/9/2020___
```

---------------------------------------------------------------X

MURDISE MOORE,                              :
                                            :       18-CV-9967 (JPC) (RWL)
                      Plaintiff,            :
                                            :            **ORDER**
            - against -                     :
                                            :
MEGAN J. BRENNAN, *Postmaster General*,     :
                                            :
                      Defendant.            :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        This matter has been referred to me for general pre-trial purposes.  The Defendant

has not yet answered or otherwise appeared.  A pre-trial conference will be scheduled at

a later date.   Any current deadlines related to pre-trial conference submissions are

adjourned sine die.  The Clerk is respectfully requested to terminate the letter motion at

Dkt. 28 as it is now moot.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: October 9, 2020
        New York, New York

Copies transmitted this date to all counsel of record.

The Clerk's Office is directed to mail a copy of this Order to Plaintiff and note service on
the docket:

        Murdise Moore
        340 West 47th Street
        Apt. 5-A
        New York, NY 10036