```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MURDISE MOORE,

                Plaintiff,

       - against -

MEGAN J. BRENNAN, Postmaster General,

                Defendant.
-----------------------------------------------------------X

18-CV-9967 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 30, 2020, the Court granted Defendant's request for a 60-day extension of time to respond to the Complaint in this action. (Dkt. 34.) Defendant's response was due by January 4, 2021. As of January 13, 2021, no response has been filed. Accordingly, Defendant shall file her response no later than **January 25, 2021**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

    Murdise Moore
    340 West 47th Street
    Apt. 5-A
    New York, NY 10036