UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MURDISE MOORE, :
:
                Plaintiff, :
: 18 Civ. 9967 (JPC)
   -v- :
: ORDER
:
MEGAN J. BRENNAN, :
:
                Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On May 11, 2021, the Court directed the Plaintiff to notify the Court by May 18, 2021 if she objected to the Government's request to update the caption to reflect a the current Postmaster General, Louis DeJoy. Having received no objection, the Court respectfully directs the Clerk of Court to amend the caption to read "Murdise Moore v. Louis DeJoy, as Postmaster General."

    SO ORDERED.

Dated: September 30, 2021
       New York, New York
                                       JOHN P. CRONAN
                                       United States District Judge