USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MURDISE MOORE,                                    :
                                                  :
                              Plaintiff,          :        18-CV-9967 (JPC) (RWL)
                                                  :
                - against -                        :        **ORDER**
                                                  :
LOUIS DEJOY,                                       :
                                                  :
                              Defendant.          :
                                                  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Defendant's motion to dismiss has been denied in part.  Accordingly, the stay of

discovery previously imposed is hereby lifted, and the Court will schedule an initial pretrial

conference with the parties.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2021
        New York, New York

Copies transmitted this date to all counsel of record.

The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se
and note service on the docket:

Murdise Moore
340 West 47th Street
Apt. 5-A
New York, NY 10036

1