UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MURDISE MOORE,

                Plaintiff,

      - against -

LOUIS DEJOY,

                Defendant.
------------------------------------------------------------X

18-CV-9967 (JPC) (RWL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has filed supplemental argument pursuant to the Court's order at Dkt. 86. If Defendant wishes to respond, the response shall be filed no later than April 29, 2022. At that time the motion will be deem fully submitted.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: April 22, 2022
        New York, New York

Copies transmitted this date to all counsel of record.

The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Murdise Moore
340 West 47th Street
Apt. 5-A
New York, NY 10036