UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MURDISE MOORE,

                          Plaintiff,

      -against-                                          18 **CIVIL** 9967 (RWL)

## JUDGMENT

LOUIS DEJOY,

                          Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 27, 2022, Defendant's motion is GRANTED and Plaintiff's claims are dismissed with prejudice. To the extent not discussed in the Order, the Court has considered Plaintiff's arguments and determined them to be without merit.

**Dated:** New York, New York

      April 27, 2022

                                                              **RUBY J. KRAJICK**

                                                              Clerk of Court

                                **BY:**

                                                              **Deputy Clerk**